UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T-MOBILE WEST LLC,

        Plaintiff,

    v.

THE CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

Case No. 20-cv-08139-SI

**ORDER REQUIRING PARTIES TO READ AND CONSIDER FCC ORDER**

This case involves Section 6409(a) of the Spectrum Act.  A hearing on plaintiff's motions for summary judgment and preliminary injunction is scheduled for March 12, 2021.

On October 17, 2014, the Federal Communications Commission ("FCC") issued an order implementing Section 6409(a) of the Spectrum Act ("FCC Order").  *In re Acceleration of Broadband Deployment by Improving Wireless Facilities Siting Policies*, 29 FCC Rcd. 12865 (Oct. 17, 2014), *amended by* 30 FCC Rcd. 31 (Jan. 5, 2015).  The parties are hereby ORDERED to read and consider the FCC Order in preparation for the March 12, 2021 hearing.  The parties should be prepared to present arguments regarding the FCC Order.

**IT IS SO ORDERED**.

Dated: March 10, 2021

_____
SUSAN ILLSTON
United States District Judge