1  Evan S. Nadel (SBN 213230)
   enadel@mintz.com
2  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
4  Telephone: 415-432-6000

5  T. Scott Thompson *(admitted pro hac vice)*
   sthompson@mintz.com
6  Jonathan P. Garvin *(admitted pro hac vice)*
7  jpgarvin@mintz.com
   MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
8  555 12th Street NW, Suite 1100
   Washington, D.C. 20004
9  Telephone: 202-434-7440

10 Attorneys for Plaintiff,
11 T-MOBILE WEST LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| T-MOBILE WEST LLC, a Delaware corporation, | Case No. 4:20-cv-08139-JST |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| vs. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, and THE CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION; public entities organized and existing under the laws of the State of California, | Complaint Filed    Nov. 18, 2020<br>Trial Date:           Not set |
| Defendants. | |

1  WHEREAS, in the Parties' May 2, 2022 Second Joint Case Management Plan (Dkt. No. 57), Plaintiff, T-Mobile West LLC, proposed to file a motion for summary judgment within thirty-days after the Court's then-scheduled case management conference.

WHEREAS, Defendants, the City and County of San Francisco and The City and County of San Francisco Department of Building Inspection, have subsequently informed T-Mobile that Defendants intend to file a cross-motion for summary judgment.

WHEREAS, Pursuant Section G of this Court's *Standing Order for all Civil Cases*, counsel for the parties have met and conferred regarding the City's proposal to file a cross-motion for summary judgment, and, pursuant to the Court's *Standing Order*, now propose and stipulate to the following schedule:

- Plaintiff will file its motion for summary judgment on **June 16, 2022**;
- Defendants will file their consolidated opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment on **July 14, 2022**;
- Plaintiff will file its consolidated opposition to Defendants' cross-motion for summary judgment and reply in support of its own motion for summary judgment on **August 4, 2022**;
- Defendants will file their reply in support of their cross-motion for summary judgment on **August 11, 2022**;
- The Parties propose a hearing date of **September 1, 2022**;

WHEREFORE, the Parties stipulate through their respective attorneys of record to the foregoing schedule and respectfully request that the Court enter an order adopting the above proposed briefing schedule.

///

///

///

-1-
JOINT STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. 4:20-cv-08139-JST

**IT IS SO STIPULATED.**

DATED:  June 8, 2022                                    Respectfully submitted,

                                                        MINTZ LEVIN COHN FERRIS GLOVSKY
                                                        and POPEO, P.C.

                                                        By:   */s/ Evan S. Nadel*
                                                              Evan S. Nadel

                                                        Attorneys for Plaintiff,
                                                        T-MOBILE WEST LLC

DATED:  June 8, 2022                                    Respectfully submitted,

                                                        THE CITY AND COUNTY OF SAN
                                                        FRANCISCO CITY ATTORNEY'S OFFICE

                                                        By:   */s/ Wayne K. Snodgrass*
                                                              Dennis J. Herrera, City Attorney
                                                              Wayne K. Snodgrass, Deputy City Attorney

                                                        Attorneys for Defendants,
                                                        THE CITY AND COUNTY OF SAN
                                                        FRANCISCO and THE CITY AND COUNTY OF
                                                        SAN FRANCISCO DEPARTMENT OF
                                                        BUILDING INSPECTION

## **ATTESTATION**

I, Evan S. Nadel, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

DATED:  June 8, 2022                                    Respectfully submitted,

                                                        MINTZ LEVIN COHN FERRIS GLOVSKY
                                                        and POPEO, P.C.

                                                        By:   */s/ Evan S. Nadel*
                                                              Evan S. Nadel

                                                        Attorneys for Plaintiff,
                                                        T-MOBILE WEST LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____June 9__, 2022          _____
                                       THE HONORABLE JON S. TIGAR