1
2
3
4
5
6
7
8
9
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| T-MOBILE WEST LLC, a Delaware corporation, | Case No. 4:20-cv-08139-JST |
| | [PROPOSED] **FINAL JUDGMENT** |
| Plaintiff, | |
| vs. | Hearing Date:  NA<br>Time:  NA |
| THE CITY AND COUNTY OF SAN FRANCISCO, and THE CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION; public entities organized and existing under the laws of the State of California, | Dept.: NA<br><br>Assigned to the Hon. Jon S. Tigar<br>Complaint Filed:  Nov. 18, 2020<br>Trial Date:       Not set |
| Defendants. | |

1  This matter came before the Court on Plaintiff T-Mobile West LLC's motions for summary
2  judgment (Dkt. No. 29) and preliminary injunction (Dkt. No. 31) on its second amended complaint,
3  and Plaintiff's motion for summary judgment on its third amended complaint (Dkt. No. 61) and
4  Defendants City and County of San Francisco et al.'s motion for summary judgment on Plaintiff's
5  third amended complaint (Dkt. No. 71).  On March 18, 2021, the Court issued an Order Granting In
6  Part Plaintiff's Motion For Summary Judgment; Granting In Part Plaintiff's Motion For Preliminary
7  Injunction (Dkt. No. 44) in which it granted summary judgment in favor of the Plaintiff on its first
8  cause of action seeking a declaration and judgment that the applications at issue were deemed
9  granted under federal law.  The Court further entered injunctive relief, estopping Defendants from
10 imposing penalties or in any way preventing Plaintiff from proceeding with installation of the
11 facilities in the applications deemed granted.  However, the Court declined to grant Plaintiff
12 summary judgment on its second cause of action, seeking Mandamus ordering Defendants to issue
13 permits for the applications at issue.

   On March 2, 2023, the Court issued an Order Regarding Motions For Summary Judgment
15 (Dkt. No. 83) in which the Court granted Plaintiff summary judgment on Plaintiff's third cause of
16 action, as to the then-remaining applications, holding that Plaintiff's applications are eligible
17 facilities requests subject to 47 U.S.C. § 1455(a) and that the Defendants' policy and position
18 refusing to process Plaintiff's applications to modify existing wireless sites, or to collocate new
19 antennas at existing wireless sites, as Eligible Facilities Requests under 47 U.S.C. § 1455(a) if
20 Plaintiff's existing wireless installation was originally approved under the Defendant's
21 administrative process for what Defendants deem Micro WTS Facilities and the Defendants assert
22 the proposed modification or collocation would constitute a Macro WTS Facility under the
23 Defendants' criteria is preempted by 47 U.S.C. § 1455(a).

   On April 18, 2023, in their final Joint Case Management Statement, the Parties indicated that
25 as a result of the Court's March 18, 2021, and March 2, 2023 Orders, all pending legal issues have
26 been addressed or resolved, and noted that an entry of judgment reflecting the Orders is appropriate.

The Court, having considered all pleadings, evidence, motions, and other filings, enters the following final judgment.

IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED AS FOLLOWS:

1. Pursuant to and as set forth in the Court's March 18, 2021 decision on summary judgment (Dkt. No. 44), Plaintiff is granted judgment on Plaintiff's first cause of action in the form of a declaration that the applications at issue in Plaintiff's motion at the time of the Court's decision were deemed granted under 47 U.S.C. § 1455(a) and are as effective as granted applications, and further that Defendants are prohibited from imposing penalties or in any way preventing Plaintiff from proceeding with the proposed installations in the applications at issue;

2. Further, pursuant to the Court's March 2, 2023 order on summary judgment (Dkt. No. 83), Plaintiff is granted judgment on its third cause of action in the form of a declaration, as set forth in the Court's March 2, 2023 order, that Plaintiff's applications are eligible facilities requests subject to 47 U.S.C. § 1455(a), and that the Defendants' policy and position refusing to process Plaintiff's applications to modify existing wireless sites or to collocate new antennas at existing wireless sites as Eligible Facilities Requests under 47 U.S.C. § 1455(a) in situations where Plaintiff's existing wireless installation was originally approved under the Defendants' administrative process for what Defendants deem Micro WTS Facilities and Defendants assert the proposed modification or collocation would constitute a Macro WTS Facility under the Defendants' criteria is preempted by 47 U.S.C. § 1455(a);

3. Further, pursuant to and as set forth in the Court's March 2, 2023 order on summary judgment (Dkt. No. 83), Plaintiff's applications identified in the Court's order as being still at issue are deemed granted under the 47 U.S.C. § 1455(a), and Defendants are enjoined from imposing penalties or in any way preventing Plaintiff from proceeding with the installations set forth in the applications;

4. Further, Plaintiff is denied judgment on its second cause of action seeking mandamus in the form of an order requiring Defendants to issue permits for the deemed granted applications.

**IT IS SO ORDERED.**

Dated: \_\_\_\_\_May 2\_\_\_\_\_, 2023

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:
DATED: April 28, 2023                MINTZ LEVIN COHN FERRIS GLOVSKY and POPEO, P.C.

By: */s/ Paige E. Adaskaveg*
    Paige E. Adaskaveg (SBN 330551)
    T. Scott Thompson *(admitted pro hac vice)*
    Jonathan P. Garvin *(admitted pro hac vice)*

    Attorneys for Plaintiff,
    T-MOBILE WEST LLC

DATED:   April 28, 2023              THE CITY AND COUNTY OF SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: */s/ Wayne K. Snodgrass*
    Dennis J. Herrera, City Attorney
    Wayne K. Snodgrass, Deputy City Attorney

    Attorneys for Defendants,
    THE CITY AND COUNTY OF SAN FRANCISCO and THE CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION